DAVID B. BARLOW, United States Attorney (#13117)
ROBERT A. LUND, Assistant United States Attorney (#9579)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah  84111
Telephone:  (801) 524-5682
Facsimile:  (801) 524-6925

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | 2:11CR00556-001 DN |
| Plaintiff, | : | POSITION OF THE UNITED STATES WITH RESPECT TO SENTENCING |
| vs. | : | FACTORS U.S.S.G. § 6A1.2, DUCrimR 32-1 |
| MICHAEL LAWRENCE O'DONNELL, | : | |
| Defendant. | : | Judge David Nuffer |

The United States of America, by and through the undersigned Assistant United States

Attorney, and  pursuant to Rule DUCrimR 32-1(b), Rules of Practice of the United States District

Court for the District of Utah, states that after reviewing the Presentence Report prepared by the

U.S. Probation Office in connection with the sentencing of the above-named defendant, that it is

//

//

//

//

//

unaware of any matters disputed between the government and the defendant with respect to such report.  The United States has no objection to the Presentence Report.

DATED this <u>3rd</u> day of July, 2013.

                                              DAVID B. BARLOW
                                              United States Attorney

*/s/ Robert A. Lund*
_____

ROBERT A. LUND
Assistant United States Attorney

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I am an employee of the United States Attorney's Office, and that a copy of the foregoing Position of the United States with Respect to Sentencing Factors was electronically filed to all parties named below, this 3rd day of July, 2013.

Ronald S. Fujino
Attorney at Law
4764 South 900 East, Suite 2
Salt Lake City, Utah 84117


U.S. Probation Officer
Heidi Groussman


                        */s/ Cindy L. Dobyns*
                        Supervisory Legal Assistant